UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN WADE MATHEWS,<br><br>  Plaintiff,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>  Defendant. | Case No. 1:24-cv-01255-JLT-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 15) |

**<u>Background</u>**

Plaintiff Alvin Wade Mathews initiated this action with the filing of a complaint in state court on December 28, 2023. (Doc. 1-1). Defendant Lowe's Home Centers, LLC, removed the case on October 16, 2024. (Doc. 1).

Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 15). In support of the request, counsel for Defendant Roger W. Backlar declares that Defendants served discovery demands upon Plaintiff on "December 18, 2025" (presumably, December 18, 2024). (Doc. 15-1 ¶ 7). Mr. Backlar represents that, after providing two extensions to Plaintiff's response deadline, Defendant has not yet received any responses. Due to this, as well as Plaintiff's counsel's license to practice being suspended for 60 days, Defendant has been unable to notice Plaintiff's deposition. Mr. Backlar represents that Defendant diligently moved forward

with other discovery and, due to Plaintiff's claims involving alleged head injuries, expects scheduling one or more examinations pursuant to Federal Rule of Civil Procedure 35. (Doc. 15-1 ¶¶ 7-14).

**Discussion**

In light of the background summarized above, the parties propose extending all deadlines in the scheduling order by 90 days. (Doc. 15 at 2). The parties provide the following dates in their proposed order (Doc. 15-2 at 1-2):

| Event | Prior Date | Amended Date |
|---|---|---|
| Mid-Discovery Conference | 06/13/2025 | 09/12/2025 |
| Non-Expert Discovery Deadline | 08/15/2025 | 11/14/2025 |
| Expert Disclosure Deadline | 09/05/2025 | 12/05/2025 |
| Rebuttal Disclosure Deadline | 10/03/2025 | 01/02/2026 |
| Dispositive Motion Deadline | 01/09/2026 | 04/10/2026 |
| Pre-Trial Conference | 04/13/2026 | 07/13/2026 |
| Trial | 06/16/2026 | 09/15/2026 |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 15) will be granted. Given the extension of certain deadlines, it is impractical to grant the parties' request while maintaining the remaining case management dates. As such, the remaining dates in the scheduling order will be extended.

In light of the fact that counsel for Plaintiff already was afforded two informal extensions of time to respond to discovery demands (*see generally* Doc. 15-1) and in light of the significant extension of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time within which to conduct discovery, including to accommodate possible mediation or settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates granted) absent extraordinary circumstances.

///

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 9) be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline | 08/15/2025 | **11/14/2025** |
| 2. Expert Disclosure Deadline | 09/05/2025 | **12/05/2025** |
| 3. Rebuttal Disclosure Deadline | 10/03/2025 | **01/02/2026** |
| 4. Expert Discovery Deadline | 10/31/2025 | **01/30/2026** |
| 5. Mid-Discovery Status Conference | 06/13/2025 | **09/12/2025** |
| 6. Non-Dispositive Motion Filing Deadline | 11/14/2025 | **02/13/2026** |
| 7. Non-Dispositive Motion Hearing | 12/23/2025 | **03/23/2026** |
| 8. Dispositive Motion Filing Deadline | 01/09/2026 | **04/10/2026** |
| 9. Dispositive Motion Hearing | 02/17/2026 | **05/19/2026** |
| 10. Pre-Trial Conference | 04/13/2026 | **07/13/2026** |
| 11. Trial | 06/16/2026 | **09/15/2026** |

IT IS SO ORDERED.

Dated:   **May 16, 2025**

UNITED STATES MAGISTRATE JUDGE

3